| UNITED STATES BANKRUPTCY COURT<br>Southern District of California | | VOLUNTARY PETITION |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bridgetech Holdings International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**21-1992090** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**777 S Hwy 101 Suite 215**<br>**Solana Beach, CA**<br>ZIP CODE **92075** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other _MEDICAL_

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District of California
Filed : July 06, 2011 15:00:33
Deputy : FRANCES MALDONADO
Receipt: 214686
Amount : $1,039.00

Case #: 11-11264-PB11
Debtor.: BRIDGETECH HOLDINGS INTERNATI
Judge..: PETER BOWIE
Chapter: 11

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> Bridgetech Holdings International, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Southern District of California | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Bridgetech Holdings International, Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X  /s/ James M. LaGanke<br>Signature of Attorney for Debtor(s)<br>James M. LaGanke  #6913<br>Printed Name of Attorney for Debtor(s)<br>James M. LaGanke PLLC<br>Firm Name<br>13236 North 7th Street, Suite 4257<br>Phoenix, Arizona 85022<br>Address<br>602-279-6399<br>Telephone Number<br>06/13/2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Scott Landow<br>Signature of Authorized Individual<br>Scott Landow<br>Printed Name of Authorized Individual<br>CEO<br>Title of Authorized Individual<br>06/13/2011<br>Date | |

```
                        Master Mailing List Bridgetech.txt
Dr. Richard Propper
625 Broadway Suite 1111
San Diego, CA 92101

Johnson Yiu-Nam Lau MD
5 Seabluff
Newport Beach, CA 92660

Michael Arnstedt
Oresundshoj #16
2920 Charlottonlund Denmark

Skyway Development Corp
18 Harcourt Road 2nd FL No. 80
Admiralty Center Shopping Arcade Hong Kong

Jade Treasure International limited
10B 971 Kings Road
Hong Kong

Richard Li
10B 971 Kings Road
Hong Kong

Giltner Stevens
2650 East 32nd Street suite 222
Joplin, MO 64802

Stephen Chermak
10009 Rio San Diego Drive #172
San Diego, CA 92108

Beshert, LLC
777 S Hwy 101 Suite 215
Solana Beach, CA 92075

Michael Pinsani
44 Lake Road
Short Hills, NY 07078

Dean Phypers
311 Island Creek Drive
Vero Beach, FL 32963

Phypers Investments
311 Island Creek Drive
Vero Beach, FL 32963

Tailwind VC LLC
c/o David Smith
34 Shorehave Road
E Norwak, CT 06855

IAF Retirement Plan
c/o David Smith
34 Shorehave Road
E Norwak, CT 06855

Margaret Kwok
18 Harcourt Road 2nd FL No. 80
Admiralty Center Shopping Arcade
Hong Kong

                                        Page 1
```

Master Mailing List Bridgetech.txt

Sam Miller  
c/o Kenneth Goins  
4256 Exeter Close NY  
Atlanta, GA 30327

Pinot Co Ltd  
G/F 10 Shing VIP Street  
Kwong Tong, Kowloon, Hong Kong

Redwood Consultants, LLC  
250 Bel marin Keys Blvd. #1A  
Bel marin Keys, CA 94949

Reliable Technology Ltd  
18 Blacks Link  
Hong Kong

Noel DeWinter  
3 Honeysuckle  
Irvine, CA 92614

Aetna  
P.O. Box 894920  
Los Angeles, CA 90189-4920

Applebaum and Associates  
7400 El Cajon Boulevard, Suite 103  
La Mesa, CA 91941

Baker & McKenzie  
14th Floor, Hutchinson House  
10 Harcourt Road  
Central, Hong Kong SAR

Barney & Barney, LLC  
9171 Towne Centre Drive Suite 500  
San Diego, CA 92122

San Diego County Treasurer - Tax Collector  
1600 Pacific Highway, Rm#162  
San Diego, 92101

United States Treasury  
RAVIS TEAM  
P.O. Box 9941  
Mail Stop 6734  
Ogden, UT 84409

Daniel P. Beharry  
13084 Sandown Way  
San Diego, CA 92130

David W. Novack, L.L.C.  
Attorney at Law  
195 Route 46 West, Ste.11  
Totowa, New Jersey 07512

Jacob Davis  
1399 9th Avenue #712  
San Diego, CA 92101

EDGARfilings, Ltd.

Master Mailing List Bridgetech.txt

3900 Essex Lane, Suite 900  
Houston, TX 77027

Fenwick & West LLP  
801 California St  
Mountain View, CA 94041

Franchise Tax Board  
PO Box 942857  
Sacramento, CA 94257

Ford Motor Credit  
PO Box 7289  
Pasadena, CA 91109

IndyMac Bank  
P.O. Box 78956  
Phoenix, AZ 85062

Kramer Weisman and Associates, LLP  
12515 Orange Drive, Suite 814  
Davie, FL 33330

Mary Crowley Medical Research Center  
1717 Main Street  
Dallas, TX 75201

Meyler & Company LLC  
One Arin Park  
1715 Highway 35  
Middletown, NJ 07748

Pickrel, Schaeffer & Edeling  
2700 Kettering Tower  
Dayton, Ohio 45423

Phillip Torticill II  
103 Avenida Salvador  
San Clement, CA 92672

UPS  
P.O. Box 894820  
Los Angeles, CA 90189-4820

John Relic  
3104 Lating Stream Cove  
Austin, TX 78746

Jewett, Schwartz and Associates  
2514 Hillywood Blvd. #508  
Hollywood, FL 33020

Greenbaum Law Group LLP  
840 Newport Center Drive Suite 720  
Newport Beach, CA 92660

Beck Ellman Heald  
10251 Vista Sorrento Parkway Suite#125  
San Diego, CA 92121

Bowne of Atlanta, Inc.  
1570 Northside Drive  
Atlanta, GA 30318

Page 3

Master Mailing List Bridgetech.txt

Derek Cahill
2161 Via Teca
San Clemente, CA 92673

Cal Express
917 West Grape Street
San Diego, Ca 92101

Soyon E. Cho
1475 Hymettus Avenue
Encinitas, CA 92024

Evans Clements
5380 Hillsboro Road
Nashville, TN 37215

CMX Capital, LLC
1012 Prospect Street Suite 300
La Jolla, CA 92037

Colonial Stock Transfer
66 Exchange Place
Salt Lake City, UT 84111

Copower
Dept. 33824
P.O. Box 39000
San Francisco, CA 94139

Cox Business Services
P.O. Box 79171
Phoenix, AZ 85062-9171

Cox Business Services
P.O. Box 53280
Phoenix, AZ 85062-9171

CT Corporation System
818 West Seventh Street-Team 2
Los Angeles, CA 90017

Damiani Law Group
701 B Street, Suite 1880
San Diego, CA 92101

Damiani Law Group
701 B Street, Suite 1110
San Diego, CA 92101

Fritz, Byrne, Head & Harrison LLP
98 San Jacinto Boulevard, Suite 2000
Austin, TX 78701

HBLA, Certified Public Accountants, Inc.
Orange County
19600 Fairchild Avenue Suite 320
Irvine, CA 92612

James Rick Howard
5200 White Pine Flower
Mound, TX 75028

Master Mailing List Bridgetech.txt

Michael Jeub
5526 Caminito Exquisito
San Diego, CA 92130

Joseph Emas
1224 Washington Avenue
Miami Beach, FL 33139

Locke Liddell & Sapp
P.O. Box 201072
Houston, TX 77216-1072

Mighty Smart
1521 Woodland Road
Wilmington, DE 19810

Mintz Levin
5355 Mira Sorento Place Suite 600
San Diego, CA 92121

Vincent O'Hara
631 East J Street
Chula Vista, CA 91910

Pacific Rim Mechanical
7655 Convoy Court
San Diego, CA 92111

Pamela J. Thompson, CPA, PC
736 East Braeburn Drive
Phoenix, AZ 85022

Paychex
150 Sawgrass Drive
Rochester, NY 14620

Plantopia
P.O. Box 13336
La Jolla, CA 92039

Pointivity
4320 La Jolla Village Drive, Suite 205
San Diego, CA 92122

PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897

Quick International
P.O. Box 35417
Newark, NJ 07193,5417

Rosalinda O
4195-1 Via Candidiz
San Diego, CA 92130

San Clemente Self Storage
170 Avenida La Pata
San Clemente, CA 92673

Master Mailing List Bridgetech.txt

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Staywell Consumer Health Publishing
One Atlantic Street Suite 604
Stamford, CT 06901

Sutherland Asbill
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Eric Tsai
23842 Alicia Parkway #214
Mission Viejo, CA 92691

Veridex Corporation
33 Technology Drive
P.O. Box 4920
Warren, NJ 07059

Winnie Kao
927 Bloomfield Avenue
San Marcos, CA 92078